# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CLARK R. AAPALA,**<br><br>Defendant. | 25-PO-5123-GF-JTJ<br>25-PO-5124-GF-JTJ<br><br>**VIOLATIONS:**<br>E2029250<br>E2029526<br>E2029527<br>E2029528<br><br>Location Code: M13<br><br>**ORDER** |

Based upon the United States' motion to dismiss violations E2029250 and E2029527 and for good cause shown,

**IT IS ORDERED** that violations E2029250 and E2029527 are **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for January 9, 2026, is **VACATED.**

DATED this 21st day of November, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge